UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEFANI COLOSSI,**

      **Plaintiff,**

**v.**                                       **Case No:**

**DIVERSIFIED CONSULTANTS, INC.,
AMSHER COLLECTION SERVICES,
INC.,  ENHANCED RECOVERY**        **DEMAND FOR JURY TRIAL**
**COMPANY, LLC d/b/a ENHANCED
RESOURCE CENTERS d/b/a ERC, and
TMOBILE USA, INC.,**

      **Defendant.**
_____/

## PLAINTIFF'S COMPLAINT WITH INJUNCTIVE RELIEF SOUGHT

**COMES NOW**, Plaintiff, **STEFANI COLOSSI** ("Ms. Colossi" or "Plaintiff"), by and through the undersigned counsel, and hereby sues and files this Complaint and Demand for Jury Trial with Injunctive Relief Sought against Defendants, **DIVERSIFIED CONSULTANTS, INC.** ("Debt Collector 1"), **AMSHER COLLECTION SERVICES, INC.** ("Debt Collector 2"), **ENHANCED RECOVERY COMPANY, LLC d/b/a ENHANCED RESOURCE CENTERS d/b/a ERC** ("Debt Collector 3"), and **TMOBILE USA, INC.** ("Debt Owner") (all collectively "Defendants"), and in support thereof states as follows:

### *Introduction*

1.      This action arises out of an alleged "Debt" or "Consumer Debt" as defined by Fla. Stat. § 559.55 (6) and Defendants' violations of the Fair Debt Collection Practices

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company,
LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **1** of **14**

Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 *et. seq.* ("FCCPA"), by misrepresenting that Ms. Colossi owed significantly more to Defendant that was properly charged, and by misrepresenting the right to charge  Ms. Colossi late fees and interest when she had previously canceled her service on the subject account,  which can all reasonably be expected to harass Ms. Colossi.

### *Jurisdiction and Venue*

2.     This Court has subject matter jurisdiction over the instant case arising under the federal question presented in the FDCPA pursuant to 28 U.S.C. § 1331.

3.     Venue lies in this District pursuant to 28 U.S.C. § 1391 (b) and 15 U.S.C. § 1692k (d) and Fla. Stat. § 559.77 (1), as a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

### *Parties*

4.     Plaintiff, Ms. Colossi, was and is a natural person and, at all times material hereto, is an adult, a resident of Hillsborough County, Florida, a "consumer" as defined by 15 U.S.C. § 1692a (3), and a "debtor" or "consumer" as defined by Fla. Stat. § 559.55 (8).

5.     At all times material hereto, Debt Owner was and is a corporation with its principle place of business in the State of WA and its registered agent, Corporation Service       Company,       located       at       1201       Hays       Street Tallahassee, FL 32301.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **2** of **14**

6.     At all times material hereto, Debt Collector 1 - Debt Collector 3 (collectively "Debt Collectors") are "Debt Collectors" as defined by Fla. Stat. § 559.72 (7) and 15 U.S.C. § 1692a (6).

7.     At all times material hereto, Debt Collector 1 was and is a corporation with its principle place of business in the State of Florida and its registered agent, John Resq Crawford, located at 1200 Riverplace Boulevard, Suite 800, Jackson, Florida 32207.

8.     At all times material hereto, Debt Collector 2 was and is a corporation with its principle place of business in the State of Alabama and its registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, Florida 32301.

9.     At all times material hereto, Debt Collector 3 was and is a corporation with its principle place of business in the State of Florida and its registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, Florida 32301.

10.     At all times material hereto, Debt Collectors were performing debt collection owed to Debt Owner to satisfy Ms. Colossi's alleged debt.

11.     At all times material hereto, Debt Collectors were acting within the scope of employees, representatives, or agents on behalf of Debt Owner for purposes of collecting Ms. Colossi's alleged debt for Debt Owner.

12.     As such, Debt Owner is responsible for the conduct of Debt Collectors as its employees, representatives, or agents.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **3** of **14**

13.    Under information and belief, Debt Owner granted Debt Collectors access to information and systems that normally would be within Debt Owner's exclusive control, including, but not limited to Ms. Colossi's information.

14.    Under information and belief, Debt Owner allowed Debt Collectors to enter Ms. Colossi information into Debt Owner's sales or customer systems.

15.    Under information and belief, Debt Owner gave Debt Collectors authority to use the principal's trade name, trademark, or service mark.

16.    Under information and belief, Debt Owner approved, wrote, or reviewed a form letter for Debt Collectors to use when communicating with Ms. Colossi in connection with collection of an alleged Debt.

17.    Under information and belief, Debt Owner had actual knowledge of Debt Collectors' FDCPA and FCCPA violations when corresponding directly with Ms. Colossi knowing they were misrepresenting multiple legal rights against Ms. Colossi and Debt Owner failed to stop such violations by Debt Collectors.

18.    Under information and belief, via a contractual relationship between the parties, Debt Owner had control or the ability to control Debt Collectors actions in attempting to collect Ms. Colossi's debt on behalf of Debt Owner.

### *Statements of Fact*

19.    On or around August 11, 2016, Ms. Colossi opened a personal cellular telephone service account with Debt Owner ("Account").

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **4** of **14**

20.     Sometime thereafter, Ms. Colossi encountered financial difficulties and fell behind on her payments towards the Account and incurred an outstanding balance owed thereunder.

21.     In February of 2017, Debt Owner sent a collection letter to Ms. Colossi demanding a balance due of $246.80 ("T-Mobile Collection Letter 1").  *See* **Exhibit A.**

22.     In or around early March of 2017, Debt Owner sent another collection letter to Ms. Colossi demanding a balance of $372.02 ("T-Mobile Collection Letter 2"). *See* **Exhibit B.**

23.     On or around March 30, 2017, Ms. Colossi called Debt Owner and cancelled her Account.

24.     On or around May 3, 2017, Debt Owner sent another collection letter to Ms. Colossi in connection with the collection of final amount due on the Account, $497.31 ("Debt") ("T-Mobile Collection Letter 3").  *See* **Exhibit C.**

25.     Thereafter, in or around June of 2017, Debt Owner assigned the Account to Debt Collector 1 for collection purposes.

26.     On or around June 22, 2017, Debt Collector 1 sent a collection letter directly to Ms. Colossi in connection with the collection of $1,011.74, an amount that was double the correct amount of the Debt ("Debt Collector 1 Collection Letter").  *See* **Exhibit D.**

27.     Debt Collector 1's Collection Letter was individually addressed to Ms. Colossi, demanded a total amount due of $1,011.74, included a statement that "this is an attempt to collect the debt and any information will be used for that purpose," and offered

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **5** of **14**

options for payment including pay by phone, pay online, or pay by mail using the payment coupon included therein. *See* **Exhibit D.**

28.     In or around December of 2017, Debt Owner then assigned the Account to Debt Collector 2 for collection purposes.

29.     On or around December 27, 2017, Debt Collector 2 sent a collection letter directly to Ms. Colossi in connection with the collection of $1,011.74 again, which was still more than double the correct amount of the Debt ("Debt Collector 3 Collection Letter").  *See* **Exhibit E.**

30.     Debt Collector 2's Collection Letter was individually addressed to Ms. Colossi, demanded a total amount due of $1,011.74, included a statement that "this is an attempt to collect the debt and any information will be used for that purpose," and offered options for payment including pay by phone, pay online, or pay by mail. *See* **Exhibit E.**

31.     On or around May 18, 2018, Debt Owner sent another collection letter directly to Ms. Colossi in connection with the collection of $1,011.74 again, which was still more than double the correct amount of the Debt ("T-Mobile Collection Letter 4"). *See* **Exhibit F.**

32.     T-Mobile's Collection Letter 4 was individually addressed to Ms. Colossi, demanded a total amount due of $1,011.74, included a statement that "pay now, late charges will be incurred," and provided options for payment including pay by phone, pay online, or pay by mail. *See* **Exhibit F.**

33.     In or around December of 2018, Ms. Colossi called Debt Owner to dispute the amount owed on the Account in excess of the Debt because she believed that Debt

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company,*
*LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **6** of **14**

Owner had continued to charge her for service after she canceled the Account in March of 2017.

34.     Debt Owner advised Ms. Colossi that it would investigate and provide Ms. Colossi with an itemized accounting of the alleged outstanding balance of $1,011.74.

35.     On or around December 21, 2018, in response to Ms. Colossi's dispute, Debt Owner sent Ms. Colossi a monthly billing statement closing December 18, 2018 that demanded a total amount of $1,011.74.  *See* **Exhibit G.**

36.     Ms. Colossi was confused about why Debt Owner changed the Account through December of 2018 when she had cancelled the Account one and a half years before that point, in March of 2017.

37.     Ms. Colossi spoke with Debt Owner regarding dispute of Debt but Debt Owner refused to correct the balance owed on the Account.

38.     Then, in or around late December of 2018, Debt Owner assigned the Account to Debt Collector 3 for collection purposes.

39.     On or around January 2, 2019, Debt Collector 3 sent a collection letter directly to Ms. Colossi that again demanded an amount due of $1,1011.74 ("Debt Collector 3 Collection Letter").  *See* **Exhibit H.**

40.     Debt Collector 3's Collection Letter was individually addressed to Ms. Colossi, demanded a total amount due of $1,011.74, included a statement that "this is an attempt to collect the debt and any information will be used for that purpose," and provided options for payment including pay by phone, pay online, or pay by mail.  *See* **Exhibit H.**

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **7** of **14**

41.     All of Defendants' collection letters to Ms. Colossi were sent in an attempt to collect the alleged Debt.

42.     Defendants have harassed Ms. Colossi by misrepresenting that Ms. Colossi owed significantly more to Defendant that was properly charged, and misrepresenting the right to charge Ms. Colossi late fees and interest when she had previously canceled her service on the Account, which can all reasonably be expected to harass Ms. Colossi.

### *Count 1: Violation of the Fair Debt Collection Practices Act ("FDCPA")*
### *(as against Debt Collectors)*

43.     Ms. Colossi re-alleges paragraphs 1-42 and incorporates the same herein by reference.

44.     Ms. Colossi is a "consumer" within the meaning of the FDCPA.

45.     The subject debt is a "consumer debt" within the meaning of the FDCPA.

46.     Debt Collectors are each a "debt collector" within the meaning of the FDCPA.

47.     Debt Collectors violated the FDCPA. Debt Collectors' violations include, but are not limited to, the following:

a.  Debt Collectors violated 15 U.S.C. § 1692e(2)(A) by misrepresenting the actual amount owed on the Account as $1,011.74 when the correct outstanding balance was $497.31, which can reasonably be expected to harass Ms. Colossi.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **8** of **14**

b. Debt Collectors violated 15 U.S.C. § 1692e(2)(A) by misrepresenting the right to charge Ms. Colossi excessive collection fees, late fees, interest when she canceled her service on the Account, which can reasonably be expected to harass Ms. Colossi.

48. As a result of the above violations of the FDCPA, Ms. Colossi has been subjected to illegal collection activities for which she has been damaged.

49. Debt Collectors' actions have damaged Ms. Colossi by causing her emotional distress.

50. Debt Collectors' actions have damaged Ms. Colossi by causing her stress.

51. Debt Collectors' actions have damaged Ms. Colossi by causing her anxiety.

52. Debt Collectors' actions have damaged Ms. Colossi by causing her aggravation.

53. Debt Collectors' actions have damaged Ms. Colossi by being an annoyance.

54. It has been necessary for Ms. Colossi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

55. All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collectors as follows:

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **9** of **14**

a.  Awarding statutory damages as provided by 15 U.S.C. § 1692k(a)(2)(A);

b.  Awarding actual damages;

c.  Awarding costs and attorneys' fees; and

d.  Any other and further relief as this Court deems just and equitable.

## *Count 2: Violation of the Florida Consumer Collection Practices Act ("FCCPA") (as against Debt Collectors)*

56.     Ms. Colossi re-alleges paragraphs 1-42 and incorporates the same herein by reference.

57.     Debt Collectors violated the FCCPA.  Debt Collectors' violations include, but are not limited to, the following:

a.  Debt Collectors violated Fla. Stat. § 559.72(9) by attempting to collect on a debt and/or amounts known to be illegitimate when Debt Collectors demanded payment on the Account of $1,011.74 when they knew that only $497.31 was properly owed on the Account.

58.     As a result of the above violations of the FCCPA, Ms. Colossi has been subjected to unwarranted and illegal collection activities and harassment for which she has been damaged.

59.     Debt Collectors' actions have damaged Ms. Colossi by causing her emotional distress.

60.     Debt Collectors' actions have damaged Ms. Colossi by causing her stress.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **10** of 14

61.     Debt Collectors' actions have damaged Ms. Colossi by causing her anxiety.

62.     Debt Collectors' actions have damaged Ms. Colossi by causing her aggravation.

63.     Debt Collectors' actions have damaged Ms. Colossi by being an annoyance.

64.     It has been necessary for Ms. Colossi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

65.     All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collectors as follows:

    a.   Awarding statutory damages as provided by Fla. Stat. § 559.77;

    b.   Awarding actual damages;

    c.   Awarding punitive damages;

    d.   Awarding costs and attorneys' fees;

    e.   Ordering an injunction preventing further wrongful contact by the Defendant; and

    f.   Any other and further relief as this Court deems just and equitable.

### *Count 3: Violation of the Florida Consumer Collection Practices Act ("FCCPA") (as against Debt Owner)*

66.     Ms. Colossi re-alleges paragraphs 1-42 and incorporates the same herein by reference.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **11** of **14**

67.     Debt Owner violated the FCCPA.  Debt Owner's violations include, but are not limited to, the following:

    a.  Debt Owner violated Fla. Stat. § 559.72(7) by continuing to assign the Account to Debt Collectors for collection purposes after Ms. Colossi notified Defendant about the improper charges.

    b.  Debt Owner violated Fla. Stat. § 559.72(9) by misrepresenting the amount owed on the Account as $1,011.74 when Debt Owner knew that $497.31 was properly owed on the Account because Ms. Colossi had closed the Account on March 30, 2017.

68.     At all times relevant hereto, Debt Owner was also vicariously liable for the actions of Debt Collectors.

69.     Debt Collectors violated the FCCPA.  Debt Collectors' violations include, but are not limited to, the following:

    c.  Debt Collectors violated Fla. Stat. § 559.72(9) by attempting to collect on a debt and/or amounts known to be illegitimate when Debt Collectors demanded payment on the Account of $1,011.74 when they knew that only $497.31 was properly owed on the Account.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company,*
*LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **12** of **14**

70.     As a result of the above violations of the FCCPA, Ms. Colossi has been subjected to unwarranted and illegal collection activities and harassment for which she has been damaged.

71.     Defendants' actions have damaged Ms. Colossi by causing her emotional distress.

72.     Defendants' actions have damaged Ms. Colossi by causing her stress.

73.     Defendants' actions have damaged Ms. Colossi by causing her anxiety.

74.     Defendants' actions have damaged Ms. Colossi by causing her aggravation.

75.     Defendants' actions have damaged Ms. Colossi by being an annoyance.

76.     It has been necessary for Ms. Colossi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

77.     All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Owner as follows:

a.   Awarding statutory damages as provided by Fla. Stat. § 559.77;

b.   Awarding actual damages;

c.   Awarding punitive damages;

d.   Awarding costs and attorneys' fees;

e.   Ordering an injunction preventing further wrongful contact by the Defendant; and

f.   Any other and further relief as this Court deems just and equitable.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company,
LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **13** of 14

## DEMAND FOR JURY TRIAL

Plaintiff, Stefani Colossi, demands a trial by jury on all issues so triable.

Respectfully submitted this **April 30, 2019**,

/s/ Michael A. Ziegler
Michael A. Ziegler, Esq.
Florida Bar No. 74864
mike@zieglerlawoffice.com

/s/ Kaelyn Steinkraus
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132
kaelyn@zieglerlawoffice.com

Law Office of Michael A. Ziegler, P.L.
2561 Nursery Road, Suite A
Clearwater, FL 33764
(p)  (727) 538-4188
(f)  (727) 362-4778
Attorneys and Trial Counsel for Plaintiff

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Colossi v. Diversified Consultants, Inc., Amsher Collection Services, Inc., Enhanced Recovery Company,*
*LLC d/b/a Enhanced Resource Centers d/b/a ERC, and T-Mobile USA, Inc.*
Page **14** of 14