**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| STEFANI COLOSSI, <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED CONSULTANTS, INC., AMSHER COLLECTION SERVICES, INC., ENHANCED RECOVERY COMPANY, LLC d/b/a ENHANCED RESOURCE CENTERS d/b/a ERC, and T-MOBILE USA, INC., <br><br> Defendants. | **Case No: 8:19-cv-01035** |

## STIPULATION TO STAY LITIGATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Stefani Colossi and Defendants, that Plaintiff will arbitrate her claims against Defendants before the American Arbitration Association in accordance with the Terms and Conditions of her agreement with T-Mobile.  It is hereby ORDERED that all litigation in this Action is STAYED until the completion of the arbitration between the Parties.

Dated: June 10, 2019

APPROVED AND SO ORDERED BY THE COURT

_____
The Honorable Steven D. Merryday
U.S. District Court Judge

By: */s/ Michael A. Ziegler*
Michael A. Ziegler
**LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.**
2561 Nursery Road, Suite A
Clearwater, FL 33764
(727) 538-4188 – Telephone
(727) 362-4778 – Facsimile
mike@zieglerlawoffice.com
*Attorneys for Plaintiff*

By: */s/ Kristine M. Brown*
Kristine M. Brown
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7000 – Telephone
(404) 881-7777 – Facsimile
kristy.brown@alston.com
*Attorneys for T-Mobile USA, Inc*

By: */s/ Rachel A. Morris*
Rachel A. Morris
**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618
(813) 890-2464 – Telephone
(877) 334-0661 – Facsimile
rmorris@sessions.legal
*Attorneys for Diversified Consultants, Inc. and Amsher Collection Services, Inc.*

By: */s/ Scott S. Gallagher*
Scott S. Gallagher
**SMITH, GAMBRELL & RUSSELL, LLP**
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
(904) 598-6157 – Telephone
(904) 598-6257 – Facsimile
rrivera@sgrlaw.com
*Attorneys for Enhanced Recovery Company LLC d/b/a Enhanced Resource Centers d/b/a ERC*

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on June 10, 2019, by filing a copy using the CM/ECF System, which constitutes service on all counsel having appeared as record.

                                          Respectfully submitted,
                                          */s/ Kristine M. Brown*